# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-3395

_____

Roderick White,

        Appellant,

v.

Tiffany Jones, CO-I, Maximum
Security Unit, ADC; John Glasscock,
Lt., Maximum Security Unit, ADC,

        Appellees.

\*
\*
\*
\*
\*   Appeal from the United States
\*   District Court for the
\*   Eastern District of Arkansas.
\*
\*       [UNPUBLISHED]
\*
\*
\*

_____

Submitted: June 21, 2007
Filed: June 28, 2007

_____

Before RILEY, MAGILL, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Roderick White appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 action for failure to state a claim. Upon de novo review, see Koehler v. Brody, 483 F.3d 590, 596 (8th Cir. 2007), we conclude that dismissal was proper, notwithstanding the liberal standard applied to pro se complaints, see Stone

_____

[1]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas, adopting the findings and recommendation of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.

v. Harry, 364 F.3d 912, 914 (8th Cir. 2004) (pro se complaints are to be construed liberally but must allege sufficient facts to support claims). Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B.

_____